# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeremy M. Payne, | **MEMORANDUM IN SUPPORT OF REPORT AND RECOMMENDATION** |
| Plaintiff, | |
| vs. | Case No:   11-CV-2067 (JRT/FLN) |
| Reiter & Schiller, P.A., | |
| Defendants. | |

Magistrate Judge Noel properly considered the four *Dataphase* factors and applied them to the facts of this matter, and found that Plaintiff is not entitled to have the temporary injunction issue. Plaintiff timely filed an objection, but failed to cite any law or facts that would give rise to an entitlement to relief. Defendant Reiter & Schiller, P.A. therefore respectfully requests this Court adopt the Report and Recommendations, and enter judgment accordingly.

Respectfully submitted,

Dated:  August 23, 2011          By:  s/Leah K. Weaver
                                 Leah K. Weaver, #351271
                                 Reiter & Schiller, P.A.
                                 Attorneys for Reiter & Schiller, P.A.
                                 25 Dale St. N.
                                 St. Paul, Minnesota 55102-2227
                                 Telephone: (651) 209-9792
                                 Facsimile: (651) 292-9482
                                 leah@reiterandschiller.com