## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

JEREMY PAYNE,                                            Civil 11-2067 (JRT/FLN)

                Plaintiff,

v.                                               **ORDER ADOPTING REPORT**
                                                            **AND RECOMMENDATION**

REITER & SCHILLER, P.A.,

                Defendant.

---

Jeremy Payne, 848 North Sixth Street, Bayport, MN 55003, pro se plaintiff.

Brian Kidwell and Rebecca Schiller, **REITER & SCHILLER, PA**, 25 Dale Street North, St. Paul, MN 55102, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated March 8, 2012 [Docket No. 37]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    Defendant's Motion to Dismiss [Docket No. 27] is **GRANTED**;

    2.    The case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 28, 2012
at Minneapolis, Minnesota                              ___s/John R. Tunheim_____
                                                               JOHN R. TUNHEIM
                                                          United States District Judge